EVA DICKESCHEID, as Administratrix of the Estate of GEORGE J. DICKESCHEID, Deceased, Appellant, *v.* JOHN F. BETZ, Respondent.

*Dickescheid* v. *Betz,* 80 App. Div. 8, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered March 9, 1903, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term.

*Theodore H. Lord* and *Ambrose F. McCabe* for appellant.

*Abram I. Elkus, James C. McEachen* and *Carlisle J. Gleason* for respondent.

Judgment affirmed, with costs ; no opinion.

Concur : BARTLETT, HAIGHT, CULLEN and WERNER, JJ. Dissenting : PARKER, Ch. J., and O'BRIEN, J. Not voting : VANN, J.